## Commonwealth *v.* Safreed, Appellant.

Argued April 12, 1967. *Lee E. Whitmire, Jr.,* with him *Whitmire & Mannix,* for appellant; *Joseph A. Rieser,* for appellee.

Order affirmed.

## Commonwealth *v.* Spencer, Appellant.

Argued April 12, 1967. *Robert M. Keim,* for appellant; *Alexander Ogle,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Woollaston, Appellant.

Submitted April 10, 1967. *Raymond Charles Woollaston,* appellant, in propria persona; *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.